IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRIAN GOODWIN, | § | |
| | § | No. 421, 2017 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | ID. No.: N1604019882 (N) |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: November 3, 2017
Decided: November 30, 2017

## **ORDER**

This 30th day of November 2017, it appears to the Court that, on October 11, 2017, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for his failure to file his notice of appeal within thirty days of the imposition of his sentence on September 8, 2017. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice